IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: CASE NO. 26-00433
STEPHANIE SUE GUNNOE CHAPTER 13

Debtor

**TRUSTEE'S RECOMMENDATION REGARDING CONFIRMATION**

This day comes the Trustee and recommends to the Court as follows:

1. Debtor is not current on plan payments. As of the date of the preparation of this recommendation, the debtor have a deficiency in plan payments in the amount of $5,200.00.

2. The following are issues that need to be resolved prior to confirmation:

- The Internal Revenue Service filed an estimated tax claim. The Trustee does not recommend confirmation when there are estimated tax claims.

- The Trustee's office has not received any plan payments and it therefore appears that the Debtor's plan is not feasible.

3. The following claims are not provided for in the Chapter 13 Plan.

| Claim No. | Creditor | Collateral | Claim Amount |
|---|---|---|---|

NONE

4. The following claims are subject to treatment is §3.5 of the Plan.

| Claim No. | Creditor | Collateral | Amt Secured |
|---|---|---|---|

NONE

5. The Trustee is making adequate protection payments to the following creditors:

| Claim No. | Creditor | Collateral | Amt Secured | Paid to Date |
|---|---|---|---|---|
| 6 | ROCKET MORTGAGE, LLC | DOT | 141,390.79 | $0.00 |

6. The debtor's plan provided that the debtor would make direct payments to the following creditors:

| Claim No. | Creditor | Collateral | Monthly Amount |
|---|---|---|---|
| 1 | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | Money loaned | $0.00 |
| 600 | ONEPAY | Secured Credit Card | $0.00 |

7. The debtor's plan provided that the debtor would surrender the following collateral to creditors:

| Claim No. | Creditor | Collateral |
|---|---|---|

NONE

8. The debtor's plan provided for the following domestic support obligations to be paid by the Trustee:

Domestic Support Obligations Paid by Trustee

| Claim No. | Creditor | Claim Amount | Monthly Amount |
|---|---|---|---|

NONE

9. The debtor's plan provided for the following domestic support obligations to be paid directly by the debtor:

Domestic Support Obligations Paid Directly

| Claim No. | Creditor | Claim Amount | Monthly Amount |
|---|---|---|---|

NONE

WHEREFORE, for the reasons indicated above, the trustee

- does not recommend confirmation.

/s/ Ryan W. Johnson

Ryan W. Johnson
Chapter 13 Trustee
1049 Market Street
Wheeling, WV 26003
(304)744-6730

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the attached document was served upon the following parties in interest on the date this document was filed with the Court by the method shown below. Service by mailing a true copy via U.S. first class mail with postage pre-paid.

STEPHANIE SUE GUNNOE
156 HOFFMAN AVE
MORGANTOWN, WV 26505

Those parties who requested electronic service by filing notice with the clerk's office were served by electronic transmission.

/s/ Ryan W. Johnson

Ryan W. Johnson
Chapter 13 Trustee
1049 Market Street
Wheeling, WV 26003
(304)744-6730